IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN LESLIE HUNZIKER,<br><br>Defendant. | CR 23-4-BU-DLC-KLD<br><br>ORDER |

On May 23, 2023, the Court held a change of plea hearing in this matter. As discussed in the hearing,

IT IS ORDERED that the Clerk of Court's Office is directed to accept restitution payments from the Defendant prior to the Defendant's sentencing.

DATED this 23rd day of May, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1